

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-15-00199-CR

Gabriel **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0420
Honorable Ron Rangel, Judge Presiding

## O R D E R

The court reporter's extension of time to file the record is NOTED. Time is extended to July 13, 2015. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court